IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Iver P. Cooper )<br>Suite 300 )<br>624 Ninth Street, NW )<br>Washington, D.C. 20001-5303 )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. Department of the Navy )<br>1000 Navy Pentagon )<br>Washington, D.C. 20350-1000 )<br>)<br>)<br>Defendant. )<br>)<br>ALSO SERVE: )<br>Kenneth L. Wainstein )<br>U.S. Attorney for )<br>the District of Columbia )<br>U.S. Attorney's Office )<br>555 4th Street, N.W. )<br>Washington, D.C. 20530 )<br>)<br>Alberto Gonzales )<br>Attorney General of the United States )<br>U.S. Department of Justice )<br>950 Pennsylvania Ave., N.W. )<br>Washington, D.C. 20530-0001 )<br>) | Civil Action No. 1:05CV02252 |

## AFFIDAVIT OF SERVICE

Plaintiff, by and through undersigned counsel, hereby certifies that on November 21, 2005, copies of the summons and complaint in the above mentioned matter were sent to Kenneth L. Wainstein, U.S. Attorney for the District of Columbia and Alberto Gonzales, Attorney General of the United States, by certified mail, return receipt requested.

On November 29, 2005, counsel received the attached acknowledgement of receipt forms bearing signatures that purport to be the signatures of Kenneth L. Wainstein, U.S. Attorney for the District of Columbia, and Alberto Gonzales, Attorney General of the United States.

Iver P. Cooper,
by and through his attorneys,

King & Spalding, LLP

James D. Miller
DC Bar No. 294371
1700 Pennsylvania Ave., NW
Washington, D.C. 20006
(202) 737-0500
FAX: (202) 626-2902
jmiller@kslaw.com

Subscribed and sworn to before me this 29th day of November, 2005.

My Commission Expires May 14, 2006

Notary Public                    (Commission Expires)