**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IRIS P. COOPER,** )<br>**624 Ninth Street, N.W.** )<br>**Suite 300** )<br>**Washington, D.C. 20001-5303** )<br>)<br>            **Plaintiff,**  )<br>)<br>    v.    )<br>)<br>**U.S. DEPARTMENT OF THE NAVY,** )<br>**1000 Navy Pentagon** )<br>**Washington, D.C. 20350-1000** )<br>)<br>            **Defendant.**  )<br>)<br>**Also Serve:** )<br>)<br>**KENNETH L. WAINSTEIN** )<br>**U.S. Attorney for the** )<br>**District of Columbia** )<br>**U.S. Attorney's Office** )<br>**555 4th Street, N.W.** )<br>**Washington, D.C. 20530** )<br>)<br>**ALBERTO GONZALES** )<br>**Attorney General of the United States** )<br>**U.S. Department of Justice** )<br>**950 Pennsylvania Ave., N.W.** )<br>**Washington, D.C. 20530-0001** )<br>)<br>_____ ) | **Civil Action Number: 05-2252 (EGS)** |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Special Assistant United States

Attorney Kevin K. Robitaille as counsel for Defendant in the above-captioned case.

                                                ____/s/_____
                                                KEVIN K. ROBITAILLE
                                                Special Assistant U.S. Attorney
                                                Civil Division
                                                555 Fourth St., N.W.
                                                Washington, D.C.  20530
                                                202-353-9895  / FAX 202-514-8780