IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IRIS P. COOPER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action Number: 05-2252 (EGS) |
| ) | |
| **U.S. DEPARTMENT OF THE NAVY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| _____) | |

Plaintiff brings this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Defendants respectfully move this Court for a thirty (30) day enlargement of time through and including January 27, 2006, within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

   1. Defendants' answer, motion or other response to the Complaint is presently due December 28, 2006.

   2. Defendants have been diligently working on this matter; however, several people in the defendant agency have been on holiday leave and the assigned agency counsel is a Naval Reservist and was called to active duty and deployed overseas for three weeks in December. Agency Counsel is scheduled to return on December 28, 2005.

   3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

   4. This is the first enlargement of time sought in this matter.

   5. Plaintiff through counsel consents to this enlargement.

   For these reasons, defendant requests that the Court grant this Motion for Enlargement of

Time Within Which to file his Renewed Motion for Summary Judgment. A proposed order is included with this Motion.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN., D.C. Bar #451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney


_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895  / FAX 202-514-8780