- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**A. Signature**

X ☐ Agent
☐ Addressee

**B. Received by (Printed Name)**    **C. Date of Delivery**
DEC 7 200

1. Article Addressed to:

U.S. Department of the Navy
1000 Navy Pentagon
Washington, DC 20350-1000

LYNN, H. BLEVINS

**ADMINISTRATIVE ASSISTANT**

**TO THE GENERAL COUNSEL**

DEPARTMENT OF THE NAVY
OFFICE OF THE GENERAL COUNSEL
WASHINGTON, D.C. 20350

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

**3. Service Type**
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

**4. Restricted Delivery? (Extra Fee)** ☐ Yes

**2. Article Number**
(Transfer from service label)

7003 2260 0001 8027 2204

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540