IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IRIS P. COOPER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action Number: 05-2252 (EGS) |
| ) | |
| **U.S. DEPARTMENT OF THE NAVY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

**DEFENDANTS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO FILE ITS REPLY.**

Plaintiff brings this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Defendants respectfully move this Court for a seven (14) day enlargement of time through and including February 10, 2006, within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

1. Defendants' answer, motion or other response to the Complaint is presently due January 27, 2006.

2. A family illness has prevented undersigned counsel from completing defendant's response on time.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the second enlargement of time sought in this matter.

5. Plaintiff through counsel consents to this enlargement.

For these reasons, defendant requests that the Court grant this Motion for Enlargement of

Time Within Which to file his Renewed Motion for Summary Judgment.  A proposed order is included with this Motion.

       Respectfully submitted,

_____
KENNETH L. WAINSTEIN., D.C.  Bar #451058
United States Attorney


_____
R. CRAIG  LAWRENCE, D.C.  Bar #171538
Assistant United States Attorney


_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780