IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRIS P. COOPER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF THE NAVY, )<br>)<br>Defendant. )<br>) | Civil Action Number: 05-2252 (EGS) |

**ORDER**

Upon consideration of Defendant's Motion for an Enlargement of Time to answer, move, or otherwise respond to the Complaint in this matter and the entire record of this case, it is hereby

ORDERED that Defendants' Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendants shall have up to and including February 10, 2006, to to answer, move, or otherwise respond to the Complaint in this matter.

Dated this _____ day of _____, 2006.

_____
Emmet G. Sullivan
United States District Judge

Copies to:
Parties via ECF