IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IRIS P. COOPER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number: 05-2252 (EGS) |
| ) | |
| **U.S. DEPARTMENT OF THE NAVY,** ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant, United States Department of the Navy, by and through the United States Attorney for the District of Columbia, and, for its Answer to the Plaintiff's Complaint in the above entitled and numbered cause, herein admits, denies, and alleges as to the enumerated paragraphs of Plaintiff's Complaint as follows:

1. Defendants admit the allegations in this paragraph.

2. Defendants assert that this paragraph contains an allegation of jurisdiction to which no response is required. To the extent that a response is deemed necessary, Defendants admit the allegation.

3. Defendants assert that this paragraph contains an allegation of venue to which no response is required. To the extent that a response is deemed necessary, Defendants admit the allegation.

4. Defendants admit the allegations in this paragraph.

5. Defendant avers that the last sentence in paragraph 5 contains a conclusion of law to

which no response is required.  Defendant admits the remaining allegations in this paragraph.

6.  Defendants deny that the presenter and all those present were private researchers. Defendant avers that the conference participants were conducting research under grants or contracts from the government.  Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegation that numerous private researchers attended the conference. Defendant admits the remaining allegations in this paragraph.

7.  Defendants admit the allegations in this paragraph.

8.  Defendants admit the allegations in this paragraph.

9.  Defendants deny the allegations in this paragraph.

Defendant expressly denies the allegations not admitted or otherwise responded to above.

## AFFIRMATIVE DEFENSES

1.  Defendants have not improperly withheld any agency records.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully prays that upon final hearing thereof, the Court will enter judgment in favor of the Defendant and against Plaintiff in all things, and dismiss the above styled and numbered cause in its entirety with prejudice, and grant all such other and further relief at law or in equity to which the Defendants may be justly entitled.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN., D.C.  Bar #451058
United States Attorney

                    _____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney


                    _____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895 / FAX 202-514-8780