IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Iver Cooper,
    Plaintiff,

v.                              Civ. No. 05-2252 (EGS)

U.S. Department of the Navy,
    Defendant.

RULE 16(b) REPORT OF COUNSEL

Counsel for the parties in this Freedom of Information Act case have conferred regarding an appropriate schedule for cross-motions for summary judgment. *See* LCvR 16.3(b)(9) (exempting FOIA cases). Counsel propose that both parties file cross-motions for summary judgment on May 15, 2006, with memoranda of points & authorities in opposition due on June 14, 2006, and reply memoranda due June 29, 2006. Counsel do not anticipate any discovery.

March 29, 2006                      Respectfully submitted,

                                          KENNETH L. WAINSTEIN., D.C. Bar #451058
                                          United States Attorney

                                          RUDOLPH CONTRERAS D.C. Bar No. 434122
                                          Assistant United States Attorney

*/s/ Kevin K Robitaille*
_____
KEVIN K ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 353-9895

*/s/ James Dabney Miller*

James Dabney Miller
D.C. Bar No. 294371
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
202-626-2902
FAX: 202-626-3737
jmiller@kslaw.com

Counsel for Plaintiff Iver Cooper