IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVER P. COOPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number: 05-2252 (EGS) |
| ) | |
| U.S. DEPARTMENT OF THE NAVY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant hereby moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure because there is no genuine issue as to any material fact and Defendant is entitled to judgment as a matter of law.

In support of this motion, Defendant respectfully submits the attached memorandum of points and authorities with attachments, a statement of material facts not in genuine dispute, and a proposed order.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN., D.C. Bar #451058
United States Attorney

_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney

                                                                                              2

                                                                                            _____
                                                                                            KEVIN K. ROBITAILLE
                                                                                           Special Assistant U.S. Attorney
                                                                                           555 Fourth Street, N.W., 10th Floor
                                                                                           Washington, D.C. 20530
                                                                                           (202) 353-9895

OF COUNSEL:
Luis P. Leme
Office of Naval Research (Code 00CC)
One Liberty Center
875 N. Randolph Street, Suite 1425
Arlington, VA 22203-1995