FOIA REQUEST 04-030

AFFIDAVIT OF DAVID R. LIU, PH.D.

I, David R. Liu, Ph.D. hereby declare and state as follows:

1. I am the John L. Loeb Associate Professor of the Natural Sciences and Associate Professor of Chemistry and Chemical Biology at Harvard University, Cambridge MA 02138. A copy of my *curriculum vitae* is attached as Exhibit A.

2. I am the recipient of a grant from the Office of Naval Research (ONR), grant number N00014-00-1-0596. Harold Bright, Ph.D. is my grant coordinator at the ONR.

3. As a result of being a recipient of the ONR grant, I was invited to attend a restricted "by-invitation-only," closed door meeting along with other ONR grant recipients. The meeting entitled "Molecular Biomimetics at ONR" took place on November 8, 2000 through November 12, 2000 at Coolfont, Berkeley Springs, West Virginia (the "Coolfont IV Meeting"). I was scheduled to give a 30 minute presentation of my work on the morning of November 11, 2000.

4. Based my own observations and conversations with Dr. Bright, I understood that the Coolfont IV Meeting was a closed door meeting where the only other meeting participants were principal investigators who had also received research grants from the ONR and a small number of Government officials who had managed certain of the ONR grants. I understood that the meeting was not open to the public and that, other than the people I have listed, no one else was present at the meeting.

5. During the meeting and before my presentation, I asked Dr. Bright to confirm my understanding concerning the confidentiality of the meeting. Dr. Bright assured me that the Coolfont IV Meeting was a confidential meeting and that Gordon Conference-type confidentiality restrictions applied to the meeting and the meeting participants. Dr. Bright announced this to the other meeting participants

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

FOIA Request 04-030
Affidavit of David R. Liu, Ph.D.
Page 2

and then mounted a white flip chart on an easel at the front of the room reminding the participants that the meeting was being conducted under "Gordon Conference Rules." Based on discussions with Dr. Bright, I understand that other meetings in the Coolfont series typically are conducted under Gordon Conference-type confidentiality restrictions, and I understand that Dr. Bright usually places a similar written statement at the front of the meeting room to reflect that the other Coolfont meetings are being conducted under Gordon Conference-type confidentiality rules.

6. It was and still is my understanding that any information presented at Gordon Conferences, whether a formal talk, poster presentation or discussion, is considered to be a private communication from the individual making the contribution and is presented with the restriction that such information is not for public use or dissemination. Attached as Exhibit B are copies of a current application form to apply to attend a Gordon Research Conference (page 1 of Exhibit B), a copy of a Gordon Research Conference application disclaimer (page 2 of Exhibit B), a copy of a registration form to be completed once an application has been accepted (page 3 of Exhibit B), and a copy of an excerpt from a slide presentation for training the Chairs for a Gordon Research Conference session (pages 4 and 5 of Exhibit B). The participants, both on the application and the registration form, agree to abide by the restrictions concerning the publication and use of material presented at Gordon Conferences. Also, the training slides for the session chairs make clear that "each conferee agrees that any information presented at a [Gordon Research Conference]- whether in a formal talk, poster session or discussion – "*is a private communication from the individual making the contribution and is presented with the restriction that such information is not for public use.*" I understood that the same Gordon Conference-type confidentiality restrictions were in place on or about November of 2000, the time of the Coolfont IV Meeting, and that the other Coolfont IV Meeting participants were aware of this.

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

FOIA Request 04-030
Affidavit of David R. Liu, Ph.D.
Page 3

7. As a result of and in reliance upon Dr. Bright's assurances of confidentiality, I then made my presentation. A copy of my slide presentation entitled "Unnatural Molecule Evolution" is attached as Exhibit C. Furthermore, attached as Exhibit D is a copy of a screen shot of my November 11, 2000 slide presentation where the title in the top left corner states "Microsoft PowerPoint – [Liu confidential [Read-Only]]." I considered my slides to contain confidential information, and I expected the information contained on those slides to be treated as confidential information.

8. My November 11, 2000 slide presentation contains thirty slides. The first slide is an introductory slide. The second slide through the thirtieth slide describe, among other things, (i) the concept of nucleic acid mediated organic syntheses together with its advantages over traditional organic syntheses, (ii) suitable chemical reagents, (iii) specific reaction schemes and reaction conditions for performing nucleic acid mediated organic synthesis, (iv) results from certain experiments performed in my laboratory, (v) certain dates, including the date of the Coolfont IV Meeting, and (vi) a list of people who had been working with me in my laboratory at the time of the Coolfont IV Meeting. In particular, the slides demonstrate, among other things, what methods, reagents, reaction schemes, and reaction conditions I had conceived and reduced to practice by November 11, 2000. At the time I made the slide presentation, I considered the content of my slide presentation and the date that information was presented to constitute confidential commercial information. I believe that this information is still confidential today.

9. I would not have voluntarily presented the information contained within any of my slides, for example, the conceptual ideas and technical information, had Dr. Bright not assured me that my presentation would be treated as confidential information. I never at any time considered the Coolfont IV Meeting to be a publication of my work. Based on conversations with Dr. Bright, I understand that other meeting participants shared a similar point of view.

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

FOIA Request 04-030
Affidavit of David R. Liu, Ph.D.
Page 4

10. It is my understanding that the purpose of the meetings in the Coolfont series, including the Coolfont IV Meeting, was and still is to provide a closed-door environment that encourages the free and unhindered exchange of the most current scientific ideas between scientific investigators. To the extent that the Coolfont IV Meeting or any other meeting in the Coolfont series ever were considered to be a public meeting, then in my opinion investigators would not feel as open to discuss their new and cutting edge discoveries. In my opinion, this change would stifle or otherwise compromise the free exchange of ideas between investigators and would undermine the purpose of the Coolfont meetings. Furthermore, in my opinion, if this were to happen, the Coolfont meetings would cease to exist in their current form.

11. In addition to being an associate professor at Harvard University, I am a scientific founder of a company called Ensemble Discovery Corporation, a Delaware corporation having offices located at 99 Erie Street, Cambridge, MA 02139.

12. Some time after the Coolfont IV Meeting, Harvard University filed one or more patent applications relating to research that had been performed in my laboratory and directed to nucleic acid mediated organic syntheses. Some of the work included in those patent applications was funded by the ONR grant. Furthermore, some of the work presented at the confidential Coolfont IV Meeting was included in these patent applications. The patent applications include, among others, U.S. patent application, Serial No. 10/101,030, filed March 19, 2002 and entitled "Evolving New Molecular Function." This application eventually published under publication number US 2003/0113738 on June 19, 2003 and is still pending and under examination at the U.S. Patent and Trademark Office. A copy of the published application is attached as Exhibit E.

13. Harvard University has granted an exclusive license under these patent applications to Ensemble Discovery Corporation, which has one or more business competitors in the field of nucleic acid mediated organic synthesis. I am aware of at least one competitor that is seeking patent protection for technology

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

overlapping with mine in the field of nucleic acid mediated organic syntheses. My slides contain confidential information concerning, among other things, what methods, reagents, reaction schemes, and reaction conditions I had conceived and reduced to practice by the time of the Coolfont IV Meeting. I believe that this information is still confidential today. Based on conversations with legal counsel, I understand that the release of this information would place both me and my company at a significant competitive disadvantage relative to our competitors.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

_____    10/20/04
David R. Liu, Ph.D.                 Date

FOIA CONFIDENTIAL TREATMENT REQUESTED