UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Iver P. Cooper          )
                        )
        Plaintiff       )
                        )
    v.                  )    Civil Action No: 05-2252 (EGS)
                        )
U.S. Department of the Navy )
                        )
        Defendant       )

## DECLARATION OF HAROLD J. BRIGHT

I, Harold J. Bright, declare under penalty of perjury that the following information is true and correct to the best of my knowledge.

1. I am a Program Manager with Code 341, Life Sciences Research Division, at the U.S. Office of Naval Research (ONR) and was the Program Manager for a grant that Prof. David R. Liu received from the Office of Naval Research in 2000.

2. I am familiar with the subject litigation and the FOIA request and appeal submitted by the plaintiff in this case. The statements in this declaration are based on my personal knowledge, my review of information available to me in my official capacity, and my conclusions.

3. My role at ONR includes stimulating and evaluating innovative research that will make valuable contributions to the field of research and to the U.S. Navy and Marine Corps. Particularly today, it is crucial that the U.S. Department of the Navy obtain high-quality information to help it develop new technologies for its military mission. To stimulate a consistent and reliable flow of such information, ONR finds it essential that

1

ONR grant recipients work in an atmosphere under which they feel safe in contributing their work without fear of losing any intellectual property rights in it.

4. In 2000, David R. Liu, a Professor in the Department of Chemistry and Chemical Biology at Harvard University, submitted a research proposal to ONR. In evaluating his proposal, I found it to be outstanding in all categories and to have the potential for far-reaching consequences to chemical/biological research in the industry and in the U.S. Navy and Marine Corps.

5. After a highly competitive selection process, ONR awarded Prof. Liu a research grant in April 2000 in the form of an ONR Young Investigatorship.

6. In November 8-12, 2000, I organized, as part of my official duties, a by-invitation-only program review on "Molecular Biomimetics" at a small conference facility in Coolfont, West Virginia. About 50 invitees were in attendance; most of these were ONR grant recipients, also called principal investigators. Also in attendance were a few assistants of the principal investigators, U.S. Department of the Navy program managers and one U.S Department of the Navy scientist. It was not a public meeting.

7. A program review is an opportunity for a select number of grant recipients to engage in presentation and discussion of current ONR-funded research in a confidential setting.

8. I invited Prof. Liu to give a presentation at the program review on the research he had completed so far under the grant.

9. Prof. Liu accepted the invitation and prepared a 30-slide PowerPoint presentation which he voluntarily gave at the program review on November 11, 2000.

2

10. During my introductory remarks to the audience on the first day of the conference, I reminded every one in attendance that they were under strict confidentiality rules. I also posted a statement to that effect on a large flip chart at the front of the conference room where Prof. Liu gave his presentation.

11. In my experience, audiences at the several program reviews I have conducted generally understand that all presentations and discussions are confidential.

12. In addition to making the presentation at the program review, Prof. Liu voluntarily submitted a copy of the slides to me for my files.

13. Prof. Liu's presentation at the program review was not a required report under the terms of his award, and I did not represent to Prof. Liu that it was a required report. The only report that Prof. Liu was required to file under the terms of the award was a final technical report, which he filed on August 4, 2003.

14. Accordingly, I consider his presentation at the program review to have been a voluntary submission in response to my invitation.

15. As other researchers have heard about this Freedom of Information Act request for Prof. Liu's presentation, several have expressed to me doubts about participating in future program reviews or to share their most sensitive research findings with peers and others in similar settings, even if confidentiality assurances are extended. This chilling effect, if not dispelled, will in my opinion seriously damage the ability of the U.S. Navy and Marine Corps—and possibly other services—to obtain the reliable flow of high-quality information necessary to continue developing improved technologies for its mission.

3

16. I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this ___11th___ day of May 2006, at Arlington, Virginia.

HAROLD A. BRIGHT
Program Manager
Office of Naval Research
Code 341, Life Sciences Research Division

4