FOIA REQUEST 04-030

**AFFIDAVIT OF DAVID R. LIU, PH.D.**

I, David R. Liu, Ph.D. hereby declare and state as follows:

1. I am providing this Affidavit to supplement my October 20, 2004 Affidavit and am using the same abbreviations as I used in my previous Affidavit.

2. Following the November 2000 Coolfont IV Meeting, Harvard University filed several patent applications relating to the research conducted in my laboratory on nucleic acid mediated organic synthesis. Some of the work I presented at the Coolfont IV Meeting and funded by a research grant I received from the ONR (grant number N00014-00-1-0596) was included in these patent applications.

3. Upon information and belief, the table attached to this Affidavit as Exhibit A summarizes on a slide-by-slide basis, which slides (i) contain information funded, at least in part, by the ONR grant, (ii) contain information that was included in my patent applications, and (iii) contain information embraced by at least one patent claim in the patent applications. Upon information and belief, Exhibits B-P show at least one patent claim either filed or pending in the patent applications that I understand relate to information contained in one or more of my slides presented at the Coolfont IV Meeting.

4. As I stated in my 2004 Affidavit, I am a founder of a company called Ensemble Discovery Corporation located at 99 Erie Street, Cambridge, MA 02139 (Ensemble). One of Ensemble's competitors is Nuevolution A/S, a company located in Denmark (Nuevolution). Upon information and belief, Nuevolution owns at least one published U.S. patent application that claims or appears to claim the same invention as claimed in one or more of my patent applications. A copy of one such application owned by Nuevolution (U.S. Patent Application Serial No. 10/175,539, which published as U.S. Patent Application Publication No. US 2004/0049008) is attached as Exhibit Q. Upon information and belief, I understand that this Nuevolution patent application and at least one of my patent

FOIA CONFIDENTIAL TREATMENT REQUESTED

FOIA Request 04-030
Supplemental Affidavit of David R. Liu, Ph.D.
Page 2

applications could become the subject of a patent interference proceeding where the U.S. Patent and Trademark Patent Application will try and determine who was the first person to invent nucleic acid mediated organic synthesis.

5. My slides contain confidential and valuable commercial information concerning, among other things, what methods, reagents, reaction schemes, and reaction conditions I had conceived and reduced to practice <u>at the time of</u> the Coolfont IV Meeting. I believe that this information is still confidential today. Based on conversations with legal counsel, I understand that the release of this information would place both me and my company at a significant competitive disadvantage relative to Nuevolution.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA.

_____                    6/29/05
David R. Liu, Ph.D.                          Date

2513138-1

FOIA CONFIDENTIAL TREATMENT REQUESTED