IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVER P. COOPER, )<br>)<br>　　　　Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF THE NAVY, )<br>)<br>　　　　Defendant. )<br>)<br>_____) | Civil Action Number: 05-2252 (EGS) |

**DEFENDANT'S STATEMENT OF MATERIAL FACTS**
**<u>WHICH ARE NOT IN GENUINE DISPUTE</u>**

Pursuant to LCvR 7(h) and in support of Defendant's Motion for Summary Judgment, Defendant respectfully submits this statement of material facts as to which there are no genuine disputes.

1. Plaintiff filed a Freedom of Information Act request with the Department of Navy on May 25, 2004. Compl ¶ 5.

2. Plaintiff's request sought copies of 30 slides presented by Professor David Liu at the CoolFont IV conference. Final Agency Decision; Attachment A to Exhibit 1.

3. The Coolfont IV conference was a a by invitation-only, closed door, confidential presentation of Naval grant recipients. Exhibit 3 ¶ 6.

4. Defendant denied plaintiff's request on February 1, 2005. Compl ¶ 5.

5. Plaintiff appealed on April 1, 2005 and defendant denied the appeal on August 5, 2005, releasing copies of only 4 of the 30 slides. Compl ¶ 5.

6. Professor Liu is a Professor of Chemistry at Harvard University and is the scientific founder of a company called Ensemble Discovery Corporation ("Ensemble"). Exhibit 2 ¶ 11.

7. This slide presentation was not a requirement under his grant agreement. Exhibit 3 ¶ 13.

8. The only report required to be filed by Professor Liu was a final technical report, filed on August 4, 2003. Exhibit 3. ¶ 13.

9. Before sharing his slide presentation, Professor Liu sought, and received, assurances from Coolfont organizers that its confidentiality would be protected. Exhibit 2 ¶ 5-7; Exhibit 3 ¶ 10. Professor Liu relied on these assurances. Exhibit 2 ¶ 9.

10. Professor Liu marked his presentation "confidential." Exhibit 2 ¶ 7.

11. Professor Liu's slides describe (i) the concept of nucleic acid mediated organic syntheses together with its advantages over traditional organic syntheses, (ii) suitable chemical reagents, (iii) reaction schemes and reaction conditions for performing nucleic acid mediated organic synthesis, (iv) results from certain experiments performed in Professor Liu's laboratory, and (v) certain dates, including the date of the Coolfont IV meeting. Exhibit 2 ¶ 8.

12. This information was and is still a trade secret. Exhibit 2 ¶ 13, Exhibit 4 ¶ 5.

13. Following the November 2000 Coolfont IV meeting, Harvard University filed a number of patent applications relating to research that had been performed in Professor Liu's laboratory directed to nucleic acid mediated organic syntheses. Exhibit 2 ¶12. Some of the work presented at the confidential Coolfont IV meeting was included in the patent applications. Id. The patent applications included, among others, a U.S. patent application, Serial No. 10/101,030, filed March 19, 2002, and entitled "Evolving New Molecular Function." Id.

14. The mere prospect of this type of information being releasable under the FOIA has led researchers to express doubts about attending future conferences. Exhibit 3 ¶ 15.

        Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN., D.C. Bar #451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney

_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 353-9895

OF COUNSEL:
Luis P. Leme
Office of Naval Research (Code 00CC)
One Liberty Center
875 N. Randolph Street, Suite 1425
Arlington, VA 22203-1995

3