IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Iver P. Cooper,

        Plaintiff,

v.                                                                    Civ. No. 05-2252 (EGS)

U.S. Department of the Navy,

        Defendant.

PROPOSED ORDER
SUBMITTED BY PLAINTIFF IVER COOPER

This matter having come before the Court on cross-motions for summary judgment, it is hereby ORDERED that the motion for summary judgment of Plaintiff Iver Cooper is GRANTED, and the motion for summary judgment of Defendant Department of the Navy is DENIED, and judgment will be entered in favor of Plaintiff Iver Cooper. Defendant is directed to release the approximately 27 pages of agency records at issue.

                                                             Hon. Emmet G. Sullivan
                                                             United States District Court
                                                             for the District of Columbia