# Exhibit A



**DEPARTMENT OF THE NAVY**
OFFICE OF NAVAL RESEARCH
800 NORTH QUINCY STREET
ARLINGTON, VA 22217-5660

IN REPLY REFER TO

## FACSIMILE TRANSMISSION
## COVER SHEET

FROM: Janet L. Gnerlich, Assoc. Counsel

ORGANIZATION: OFFICE OF COUNSEL, ONR

PHONE: (Voice) (703) 696-4011  (Fax) (703) 696-6909

TO: Iver P. Cooper

ORGANIZATION: Browdy and Neimark PLLC

PHONE: (Voice) 202-628 5197 (Fax) 202 737 3528

DATE: 22 February 2005

NUMBER OF PAGES: 5   ** Not Including Cover Page **

CONTENTS: In response to a FONECON 10am 22 Feb 2005 the FOIA response is being forwarded by email. A hard copy has also been placed in regular mail today. Please advise if you have any questions.

The information contained in this facsimile is confidential and may also be attorney privileged. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please notify us immediately by telephone, and return the original message to us at the address below via the U.S. Postal Service. Thank you.

DEPARTMENT OF THE NAVY
OFFICE OF NAVAL RESEARCH
OFFICE OF COUNSEL
800 NORTH QUINCY STREET
ARLINGTON, VA 22217-5660



RECEIVED WITH THANKS
FEB 22 2005
BROWDY AND NEIMARK PLLC
WASHINGTON, D.C. 20001-5303



**DEPARTMENT OF THE NAVY**
OFFICE OF NAVAL RESEARCH
800 NORTH QUINCY STREET
ARLINGTON, VA 22217-5660

IN REPLY REFER TO

5720
Ser BDCC/007
Feb 1, 2005

Mr. Iver P. Cooper
Browdy and Neimark, P.L.L.C.
Patent and Trademark Cases
Suite 300
624 Ninth Street, NW
Washington, DC 20001-5303

Re: FOIA 04-030

Dear Mr. Cooper:

    This letter responds to your Freedom of Information Act (FOIA) request for copies of the presentation by Dr. David Liu entitled "Unnatural Molecule Evolution" presented at the Office of Naval Research Biomolecular Science Workshop in November, 2000. You also requested copies of the list of participants, the notice of the conference, and the application form signed by the participants. For reasons explained below, your request is partially denied under FOIA Exemption 4.

    With respect to your request for the notice of the conference and application forms, a thorough search has been conducted and no documents were found that respond to this portion of your request. However, we have enclosed the list of participants for that conference.

    We have also located a copy of the presentation you request. In accordance with Executive Order 12,600, Harvard University and Professor Liu were provided submitter notification an opportunity to state their position on the releasability of the documents in question. By and through counsel, Harvard University, Professor Liu and Ensemble Discovery Corporation (a company founded by Professor Liu) provided detailed justification for withholding slides 2-30 of that 30 page presentation under Exemption 4 of the FOIA. Exemption 4 protects trade secrets and commercial or financial information obtained from a person that is privileged or confidential. Information is "confidential" if disclosure is likely to cause substantial harm to the competitive position of the person from whom the information was obtained. The Office of Naval Research has determined that the submitter has adequately demonstrated that the information in question constitutes commercial information obtained from a person that is confidential and therefore, this information must not be released.

    Because your request has been partially denied, you are advised of your right to appeal this determination, in writing, to the General Counsel of the Navy, 720 Kennon Street SE, Room 214, Washington Navy Yard, Washington, DC 20374-5012. You may also appeal, in writing, to the General Counsel of the Navy if you believe that an adequate search was not conducted. Your appeal must be postmarked within 60 calendar days from the date of this letter to be considered.

A statement as to why your appeal should be granted should be included and the enclosed copy of this letter should be attached. Both the appeal letter and the envelope should bear the notation, "Freedom of Information Act Appeal."

Fees associated with the processing of your request are waived in this instance. Any questions concerning this matter should be directed to April A. Christensen at christa@onr.navy.mil.

I am the official responsible for the denial of your request.

PAUL LOWELL
Initial Denial Authority

# Unnatural Molecule Evolution

David R. Liu
Harvard University
11 November 2000

Coolfont Attendance
November 8 -12, 2000

PI Name
Butner, Karen
Bartlet, Phil
Bayley, Hagan
Bugg, Tim
Butler, Alison
Cass, Tony
Chilkoti, Ashutosh
Conrad, David
Cremer, Paul
Cronce, Don
  Coderre, Peter
Daggett, Valerie
DiMagno, Stephen
Dordick, Jonathan
Ellington, Andy
Frost, John
Ghadiri, Reza
Gillespie, Dan
Heller, Adam
Hellinga, Homme
Kauer, John
  Peter C. Jurs
Keasling, Jay
Laibinis, Paul
Liu, David
Loew, Leslie
  Heather Clark
  Joseph Kerimo
Lopez, Gabriel
Martin, Charles
Mauro, J. Matthew
Palmore, Tayhas
Reimers, Claire
Sailor, Michael
Sames, Dalibor
Schloss, John
  Davis, Kathleen
Schwaneberg, Uil
  Schwaneberg, Michelle
Schwartz, Steven
Shah, Imran
Sherman, David
Swager, Tim
Tan, Weihong
Tender, Leonard
Thompson, Richard
Trammell, Scott
Tripathy, Sukant

van der Welde, Daniel
Walt, David
Zelkus, Gregory

ONR/NRL
Bright, Harold
Ward, Keith
Byers, Jeff
Skurnick, Ira