IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Iver Cooper,

    Plaintiff,

v.                                                  Civ. No. 05-2252 (EGS)

U.S. Department of the Navy,

    Defendant.

CONSENT MOTION FOR EXTENSION OF TIME FOR
OPPOSITIONS TO CROSS MOTIONS FOR SUMMARY JUDGMENT
_____

    Plaintiff Iver Cooper respectfully moves this Court for entry of the attached proposed Order extending the time for the parties in this Freedom of Information Act case to file their Oppositions to the pending cross-motions for summary judgment by one week, to June 21, 2006. This Court, by Minute Order entered on April 4, 2006, set the time for Oppositions to be June 14, 2006. In addition, Plaintiff respectfully requests that the time for Replies by the parties, if Replies are necessary, be extended until July 7, 2006. This Court in its Minute Order set the time for Replies to be June 29, 2006.

    Counsel for Plaintiff is authorized to state that counsel for Defendant the U.S. Department of the Navy consents to this motion.

June 7, 2006                   Respectfully submitted,

                                                \s\
                                      James Dabney Miller
                                      D.C. Bar No. 294371
                                      King & Spalding LLP
                                      1700 Pennsylvania Avenue, N.W.

Washington, D.C. 20006
202-626-2902
FAX: 202-626-3737
jmiller@kslaw.com

Counsel for Plaintiff Iver Cooper