IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Iver Cooper,

    Plaintiff,

v.                                                                            Civ. No. 05-2252 (EGS)

U.S. Department of the Navy,

    Defendant.

PROPOSED ORDER EXTENDING TIME FOR OPPOSITIONS
TO CROSS-MOTIONS FOR SUMMARY JUDGMENT
_____

IT IS HEREBY ORDERED, that the time for the parties to file Oppositions to the pending cross-motions for summary judgment in this Freedom of Information Act case are extended to and including June 21, 2006, and that the time for Replies, if any, is extended to and including July 7, 2006.

June __, 2006
                                                                                                   _____
Emmet G. Sullivan
United States District Court Judge
United States District Court for the
District of Columbia