

FOIA CONFIDENTIAL TREATMENT REQUESTED