IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRIS P. COOPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action Number: 05-2252 (EGS) |
| | ) |
| U.S. DEPARTMENT OF THE NAVY, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S COUNTER-STATEMENT OF FACTS**

In accordance with Local Civil Rule 56.1 of the United States District Court for the District of Columbia, Defendant hereby respectfully submits its counter-statement of facts in response to Plaintiff's statement of material facts which are not in genuine dispute.

1. Defendant agrees with his paragraph.

2. Defendant agrees with his paragraph.

3. Defendant agrees with his paragraph.

4. Defendant agrees with his paragraph.

5. Defendant agrees with his paragraph but notes that not having possession of a document does not mean that it never existed.

6. Defendant agrees with his paragraph but avers that the exhibit speaks for itself.

7. Defendant agrees with his paragraph.

8. Defendant agrees with his paragraph.

9. Defendant agrees with his paragraph.

10. Defendant agrees with his paragraph.

11. Defendant agrees that Dr. Lui filed the referenced patent as well as several others.

12. Defendant agrees with his paragraph

13. Defendant agrees with his paragraph but avers that the exhibit speaks for itself.

Respectfully submitted,

_____/s_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____/s_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney


_____/s_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895

OF COUNSEL:
Luis P. Leme
Office of Naval Research (Code 00CC)
One Liberty Center
875 N. Randolph Street, Suite 1425
Arlington, VA 22203-1995