IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IRIS P. COOPER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action Number: 05-2252 (EGS) |
| ) | |
| **U.S. DEPARTMENT OF THE NAVY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

JOINT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO FILE REPLY BRIEFS.

Plaintiff brings this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. The Parties respectfully move this Court for a seven (13) day enlargement of time through and including February 20, 2006, within which to file their respective replies. Good cause exists to grant this motion:

1. The Court's June 9, 2006 Minute Order established a deadline of July 7, 2006 for replies, if any, to be filed.

2. The Independence Day holiday and other litigation obligations has made it difficult for both parties to file their replies by the 7th.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the first enlargement of time sought regarding the replies.

For these reasons, the parties request that the Court grant this Motion for Enlargement of Time within which to file their respective replies.

\_\_/s with permission by Kevin Robitaille  _____/s_____
James D. Miller                               KENNETH L. WAINSTEIN, D.C. Bar #451058
KING & SPAULDING LLP                          United States Attorney
1700 Pennsylvania Avenue, NW
Washington, DC 20006

Counsel for Plaintiff                         _____/s_____
                                              RUDOLPH CONTRERAS D.C. Bar No. 434122
                                              Assistant United States Attorney


                                              _____/s_____
                                              KEVIN K. ROBITAILLE
                                              Special Assistant U.S. Attorney
                                              555 Fourth Street, N.W.,
                                              Washington, D.C. 20530
                                              (202) 353-9895

                                               Counsel for Defendant