# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRIS P. COOPER,           )<br>                          )<br>        Plaintiff,   )<br>                          )<br>    v.                    )<br>                          )<br>U.S. DEPARTMENT OF THE NAVY, )<br>                          )<br>        Defendant.    )<br>                          )  | Civil Action Number: 05-2252 (EGS) |

## ORDER

Upon consideration of the Joint Motion for an Enlargement of Time to file Replies and the entire record of this case, it is hereby

ORDERED that the Joint Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that the Parties shall have up to and including July 20, 2006, to file replies.

Dated this _____ day of _____, 2006.

_____
Emmet G. Sullivan
United States District Judge

Copies to:
Parties via ECF