IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVER P. COOPER,              )<br>                              )<br>         Plaintiff,          )<br>                              )<br> v.                           )<br>                              )<br> U.S. DEPARTMENT OF THE NAVY, )<br>                              )<br>         Defendant.          )<br>                              )<br>_____) | Civil Action Number: 05-2252 (EGS) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO FILE ITS SUPPLEMENTAL BRIEF**

Plaintiff brings this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Both parties have moved for summary judgment and filed oppositions and replies thereto. Defendant respectfully moves this Court for a thirty (30) day enlargement of time through and including March 14, 2007, within which to respond to the Court's order to produce the subject Power Point presentation and file a supplemental brief in this matter. Good cause exists to grant this motion:

   1. Defendant's *in camera* submission of the Power Point presentation and Defendant's supplemental brief are presently due on February 12, 2007.

   2. The Court has ordered Defendant to provide it with additional briefing on what information from the Power Point presentation has been publicly disclosed in patent applications, articles, or other formats and what information, if any, has not been shared with the public, so that the Court can make an appropriate determination about the applicability of FOIA Exemption 4. Defendant is diligently working to obtain the patent applications at issue and conduct the

requested comparison. Defendant requests additional time to complete this comparison and supplemental briefing, because of the complexity and voluminousness of the patent material.

    3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

    4. This is the first enlargement of time sought in this matter.

    5. Plaintiff through counsel consents to this enlargement.

For these reasons, Defendant requests that the Court grant this Motion for Enlargement of Time Within Which to File its Supplemental Brief. A proposed order is included with this Motion.

                              Respectfully submitted,

                              /s  
                              JEFFREY A. TAYLOR, D.C. Bar # 498610  
                              United States Attorney

                              /s  
                              RUDOLPH CONTRERAS D.C. Bar #. 434122  
                              Assistant United States Attorney

                              /s  
                              STEVEN M. RANIERI  
                              Special Assistant United States Attorney  
                              Civil Division  
                              555 Fourth St., N.W.  
                              Washington, D.C. 20530  
                              202-353-9895