IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IVER P. COOPER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action Number: 05-2252 (EGS) |
| ) | |
| **U.S. DEPARTMENT OF THE NAVY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Upon consideration of Defendant's Motion for Enlargement of Time Within Which to File its Supplemental Brief in this matter and the entire record of this case, it is hereby

ORDERED that Defendants' Motion for an Enlargement is GRANTED, and it is

FURTHER ORDERED that Defendants shall have up to and including March 14, 2007, to present the subject power point presentation for *in camera* review and file a supplemental brief.

Dated this _____ day of _____, 2007.

_____
Emmet G. Sullivan
United States District Judge

Copies to:
Parties via ECF