IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVER P. COOPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number: 05-2252 (EGS) |
| ) | |
| U.S. DEPARTMENT OF THE NAVY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF FILING OF UNDER SEAL

Pursuant to Local Rule 5.1(j)(2) and the Court's January 26, 2007 Minute Order, Defendant hereby advises the Court that it is filing its *Ex Parte* Supplemental Memorandum and Professor David Liu's November 11, 2000 CoolFont IV conference presentation, referenced therein as Supplemental Exhibit 1, under seal in the Clerk's office. A copy of Professor Liu's presentation and Defendant's Memorandum are hereby provided to the Court for *in camera* review. Defendant advises the Court that it is filing the patent applications referenced in Defendant's *Ex Parte* Supplemental Memorandum, and referenced as Supplemental Exhibits 2-4, via paper with copies to the Court and Plaintiff.

Respectfully,

_____/s_____
STEVEN M. RANIERI
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895