UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
IVER P. COOPER,                     )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )    Civ. No. 05-2252 (EGS)
                                    )
U.S. DEPARTMENT OF THE NAVY,        )
                                    )
        Defendant.                  )
_____)

**ORDER**

In accordance with the Memorandum Opinion issued this same day, it is hereby

**ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**; and it is

**FURTHER ORDERED** that Motion of Plaintiff Iver Cooper for Summary Judgment is **DENIED**; and it is

**FURTHER ORDERED** that judgment shall be entered in favor of the Defendant and against the Plaintiff. This is a final appealable order. Fed. R. App. P. 4(a).

    **SO ORDERED.**

**Signed:    Emmet G. Sullivan**
            **United States District Judge**
            **March 30, 2007**